## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER REYNOLDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 08 CV 2115 |
| | ) |
| **INTER-INDUSTRY CONFERENCE ON** | ) Judge David H. Coar |
| **AUTO COLLISION REPAIR** | ) |
| **(a/k/a I-CAR),** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF MOTION

TO:

    Erika Petersen
    Jill Pedersen
    Pedersen & Weinstein LLP
    309 W. Washington St., Suite 1200
    Chicago, IL 60606

    PLEASE TAKE NOTICE THAT on Thursday, June 19, 2008 at 9:00 a.m., we shall appear before the Honorable Judge David H. Coar, Room 1419 of the Dirksen Federal Building, 219 South Dearborn, Chicago Illinois 60604 and then and there shall present DEFENDANT'S PARTIAL MOTION TO DISMISS COMPLAINT, a copy of which is attached and hereby served on you.

Dated: June 16, 2008

                                        Respectfully Submitted,

                                        Inter-Industry Conference on Auto Collision Repair

                                        By: _____/s/ Tiana F. Nell_____
                                                  One Of Its Attorneys

John M. Dickman
Tiana F. Nell
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
ph: 312-558-5600
f:   312-558-5700
tnell@winston.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of June, 2008, I caused a copy of the foregoing to be served on the following counsel for Plaintiff through the Court's electronic filing system:

>Erika Petersen
>Jill Pedersen
>Pedersen & Weinstein LLP
>309 W. Washington St., Suite 1200
>Chicago, IL 60606

                                                                                ___/s/ Tiana F. Nell_____

CHI:2107633.1