UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Christopher Reynolds
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−02115
                                                    Honorable David H. Coar
Inter−Industry Conference on Auto Collision
Repair
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable David H. Coar: Set deadlines/hearing as to motion to dismiss[9] :Responses due by 7/11/2008, Replies due by 7/25/2008.Motion to dismiss [9] is entered and continued before Honorable David H. Coar on 8/26/2008 at 09:00 AM. Parties need not appear on the noticed motion date of 6/19/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.