IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2115 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| INTER-INDUSTRY CONFERENCE ON AUTO | ) | Jury Trial Demanded |
| COLLISION REPAIR (a/k/a I-CAR), | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this Court's order, Jill Weinstein, representing Plaintiff and Tiana Nell, representing Defendant spoke on June 30, 2008 pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

   None.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

   None.

C. Discovery will be needed on liability and damages.

D. Discovery need not be conducted in phases.

E. Discovery is likely to be contentions and management of discovery should be referred to the Magistrate Judge: No.

F.     The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.     The parties have discussed the possibility of alternative dispute resolution and concluded:

Plaintiff proposed private non-binding mediation or other settlement conference;

Defendant is unwilling to discuss settlement at this time.

H.     The parties have discussed a prompt settlement or other resolution of this matter. The

Plaintiff has not made a written demand and Defendant has not made any offers.

I.     The Court should consider the following methods of expediting the resolution of this matter:

None.

Respectfully submitted,

| | |
|---|---|
| */s/ Jill Weinstein* | */s/ Tiana Nell* |
| Jill Weinstein | Tiana Nell |
| Pedersen & Weinstein LLP | Winston & Strawn LLP |
| 309 W. Washington, Suite 1200 | 35 West Wacker Drive |
| Chicago, IL 60606 | Chicago, Illinois 60601 |
| (312) 855-1200 | (312) 558-5600 |
| (312) 855-1207 (facsimile) | (312) 558-5700 (facsimile) |
| Counsel for Plaintiff | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2008, a copy of the foregoing Report of Parties' Planning Conference was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Dickman
Tiana Nell
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601
JDickman@winston.com
TNell@winston.com


          s/*Jill Weinstein*
          Jill Weinstein



Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, IL 60606
(312) 855-1200
(312) 855-1207 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2115 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| INTER-INDUSTRY CONFERENCE ON AUTO COLLISION REPAIR (a/k/a I-CAR), | ) ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

Plaintiff Christopher Reynolds, by his attorneys, Erika Pedersen and Jill Weinstein, and Defendant Inter-Industry Conference on Auto Collision Repair, by its attorneys, John Dickman and Tiana Nell, respectfully submit the following as their proposed scheduling order:

**1.   Discovery**

The following time limits and deadlines shall be applicable.

A.   All disclosures required by Rule 26(a)(1) shall be made on or before July 21, 2008.

B.   Any amendments to pleadings or actions to join other parties shall be filed on or before October 1, 2008.

C.   The cutoff of fact discovery is March 31, 2009.

D.   Plaintiff's Rule 26(a)(2) disclosures due at least ninety (90) days before trial.

E.   Defendant's Rule 26(a)(2) disclosures due at least sixty (60) days before trial.

**2.   Motions**

Any dispositive motions to be filed on or before April 30, 2009.

**3.   Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before July 29, 2009, at a date and time to be set by the Court.

**4.** **Trial**

Trial date to be set by the Court.

**5.** **Status Hearings**

A further status hearing/preliminary pretrial conference to be set by the Court.

ENTERED

Dated: _____, 2008

_____
United States District Court Judge David H. Coar

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 16, 2008, a copy of the foregoing Proposed Scheduling Order was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John Dickman
Tiana Nell
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601
JDickman@winston.com
TNell@winston.com

                          s/*Jill Weinstein*
                          Jill Weinstein


Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, IL 60606
(312) 855-1200
(312) 855-1207 (facsimile)