## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2115 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| INTER-INDUSTRY CONFERENCE ON AUTO COLLISION REPAIR (a/k/a I-CAR), | ) ) ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE THAT** on Monday, August 4, 2008, at 9:00 a.m., we shall appear before the Honorable David H. Coar, United States District Court in Courtroom 1419 at 219 South Dearborn and present *Plaintiff's Motion for Leave to File Sur-Response in Opposition to Motion to Dismiss*, a copy of which is attached and hereby served on you.

Respectfully submitted,

By:

Jill Weinstein

Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, IL  60606
(312) 855-1200
(312) 855-1207 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2008, a copy of the foregoing Notice of Motion was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

John Dickman
Tiana Nell
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601
JDickman@winston.com
TNell@winston.com


                                      s/*Jill Weinstein*
                                      Jill Weinstein



Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
309 W. Washington
Suite 1200
Chicago, IL  60606
(312) 855-1200
(312) 855-1207 (facsimile)