**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Christopher Reynolds

                      Plaintiff,

v.                                            Case No.: 1:08−cv−02115
                                           Honorable David H. Coar

Inter−Industry Conference on Auto Collision Repair

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Christopher Reynolds for leave to file sur−response to Motion to Dismiss [18] is granted. Motion hearing held on 8/4/2008 regarding motion for leave to file sur−response.[18] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.