**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08 C 2115 |
| ) | |
| INTER-INDUSTRY CONFERENCE ON AUTO ) | Judge Coar |
| COLLISION REPAIR (a/k/a I-CAR) ) | |
| ) | Magistrate Denlow |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE SUBSTITUTE APPEARANCE
ON BEHALF OF DEFENDANT**

Defendant, Inter-Industry Conference on Auto Collision Repair ("I-CAR"), hereby moves this Honorable Court for leave to allow Mitchell B. Katten, Nancy A. Temple and Joshua R. Diller to file their respective appearances on the defendant's behalf and for John M. Dickman and Tiana F. Nell to withdraw their respective appearances.  In support of this motion, I-CAR states as follows:

1. John M. Dickman and Tiana F. Nell of Winston & Strawn, LLP, previously filed appearances on behalf of I-CAR in the above titled action.

2. John M. Dickman and Tiana F. Nell hereby request leave to withdraw their respective appearances.

3. I-CAR has retained Katten & Temple, LLP, to represent it in this matter and respectfully requests that Mitchell B. Katten, Nancy A. Temple and Joshua R. Diller be granted leave to file substitute appearances on its behalf.

4. This motion is brought in the interests of justice.  Granting this motion will allow

I-CAR to fully and fairly defend the claims raised in this litigation.

5. Granting this motion will not harm the plaintiff, but its denial would prejudice I-CAR.

For these reasons, Inter-Industry Conference on Auto Collision Repair, respectfully requests that this Court grant John M. Dickman and Tiana F. Nell leave to withdraw their respective appearances and Mitchell B. Katten, Nancy A. Temple and Joshua R. Diller leave to file their respective substitute appearances and grant any other relief that this Court finds just.

        Respectfully Submitted,

        Inter-Industry Conference on Auto Collision Repair

        By: /s/Mitchell B. Katten
        One of its attorneys

Mitchell B. Katten
Nancy A. Temple
Joshua R. Diller
Katten & Temple, LLP
542 South Dearborn  610
Chicago, Illinois 60605
Ph (312) 663-0800
F (312) 663-0900
mkatten@kattentemplelaw.com
ntemple@kattentemplelaw.com
jdiller@kattentemeplelaw.com

        By: /s/ Tiana F. Nell

John M. Dickman
Tiana F. Nell
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Ph (312) 558-5600
F (312) 558-5700
JDickman@winston.com
TNell@wintston.com