**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **CHRISTOPHER REYNOLDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 08 CV 2115 |
| | ) | |
| **INTER-INDUSTRY CONFERENCE ON** | ) | Judge David H. Coar |
| **AUTO COLLISION REPAIR** | ) | |
| **(a/k/a I-CAR),** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

TO:

  Erika Petersen
  Jill Pedersen
  Pedersen & Weinstein LLP
  309 W. Washington St., Suite 1200
  Chicago, IL 60606

  PLEASE TAKE NOTICE THAT on Monday, September 8, 2008 at 9:00 a.m., we shall appear before the Honorable Judge David H. Coar, Room 1419 of the Dirksen Federal Building, 219 South Dearborn, Chicago Illinois 60604 and then and there shall present DEFENDANT'S MOTION FOR LEAVE TO FILE SUBSTITUTE APPEARANCE ON BEHALF OF DEFENDANT, a copy of which is attached and hereby served on you.

Dated: September 3, 2008

                Respectfully Submitted,

                Inter-Industry Conference on Auto Collision Repair

                By: _____/s/ Tiana F. Nell_____
                    One Of Its Attorneys

John M. Dickman
Tiana F. Nell
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
ph: 312-558-5600
f:   312-558-5700
tnell@winston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of September, 2008, I caused a copy of the foregoing to be served on the following counsel for Plaintiff through the Court's electronic filing system:

      Erika Petersen
      Jill Pedersen
      Pedersen & Weinstein LLP
      309 W. Washington St., Suite 1200
      Chicago, IL 60606

                                                   _____/s/ Tiana F. Nell_____