# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2115 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Reynolds vs. Inter-Industry Conference on Auto Collision Repair | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/8/2008 regarding # 23. Motion [23] by Defendant Inter-Industry Conference on Auto Collision Repair to substitute attorney is Granted. Leave granted John M. Dickman and Tiana F. Nell to withdraw their respective appearances and Mitchell B. Katten, Nancy A. Temple and Joshua R. Diller given leave to file their respective substitute appearances on behalf of the defendant.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|